■ EDWARD BOKER, INC., Appellant, v A. BOHRER, INC., et al., Respondents.—Order, Supreme Court, Bronx County, entered on August 2, 1977, unanimously affirmed on the opinion of Di Fede, J. at Special Term, without costs and without disbursements. Concur—Birns, J. P., Evans, Lane and Sullivan, JJ.

■ BETH FRIEDMAN et al., Respondents, v KATHARINE S. J. LAW, Appellant, et al., Defendant. KATHARINE S. J. LAW, Appellant, v LOUIS L. FRIEDMAN et al., Respondents. KATHARINE S. J. LAW, Defendant and Third-Party Plaintiff-Appellant, v SAN REMO TENANTS' CORP., Third-Party Defendant-Respondent.—Order, Supreme Court, New York County, entered on May 12, 1978, unanimously affirmed for the reasons stated by Korn, J., without costs and without disbursements. Concur—Birns, J. P., Evans, Lane and Sullivan, JJ.

■ In the Matter of ROBERT D'ONOFRIO et al., Respondents, v THOMAS ROCHE, as Personnel Director of the City of New York, et al., Appellants.—Appeal from order of the Supreme Court, New York County, entered on June 27, 1977, dismissed as academic, without costs and without disbursements. Order, Supreme Court, New York County, entered on July 26, 1977, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Birns, J. P., Evans, Lane and Sullivan, JJ.